UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERTO LUGO,

    Petitioner,

-vs-                                              Case No. 6:11-cv-1358-Orl-28DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. No. 11, filed September 26, 2011). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this _27_ day of September, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/27
Gilberto Lugo